UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DHAVAL VAISHNAV,

      Plaintiff,                                        Case No, 23-cv-10532
                                                      Hon. Matthew F. Leitman

v.

HOME DEPOT USA, INC., et al.,

      Defendants.
_____/

**STIPULATION TO SEVER AND TRANSFER CLAIMS
AGAINST PINGORA LOAN SERVICING, LLC**

      Defendant Pingora Loan Servicing, LLC ("Pingora") and Plaintiff Dhaval Vaishnav ("Plaintiff") stipulate to the severance of Plaintiff's claims against Pingora from Plaintiff's claims against the remaining Defendants.  Pingora and Plaintiff further stipulate to the transfer of Plaintiff's claims against Pingora to the U.S. District Court for the Southern District of Florida so they can be consolidated with *In re Lakeview Loan Servicing Data Breach Litig.*, Case No. 1:22-CV-20955-DPG (the "Consolidated Case"), which addresses the same data security incident alleged in the Complaint.  Pingora is an existing defendant in the Consolidated Case and Plaintiff is a putative class member.

THEREFORE, on the basis of this Stipulation, Plaintiff and Pingora respectfully request that the Court enter an order: (1) severing Plaintiff's claims against Pingora; and (2) transferring them to the U.S. District Court for the Southern District of Florida.

Dated: March 13, 2023                              Respectfully submitted,

*/s/ Shawn L. Desai (with permission)*    */s/ Katherine Lynn Pullen*
Shawn L. Desai (P81845)    Katherine Lynn Pullen (P74511)
DESAI LEGAL SERVICES PLLC    WARNER NORCROSS & JUDD LLP
6450 Maple Road    2715 Woodward Avenue, Suite 300
West Bloomfield, MI 48322    Detroit, MI 48201
810.355.6134    313.546.6000
Shawn@DesaiLegalServices.com    kpullen@wnj.com

*Attorney for Plaintiff*    *Attorney for Pingora Loan Servicing, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DHAVAL VAISHNAV,

      Plaintiff,                                             Case No, 23-cv-10532
                                                        Hon. Matthew F. Leitman

v.

HOME DEPOT USA, INC., et al.,

      Defendants.
_____/

## STIPULATED ORDER TO SEVER AND TRANSFER CLAIMS AGAINST PINGORA LOAN SERVICING, LLC

This matter is before the Court on Plaintiff Dhaval Vaishnav and Defendant Pingora Loan Servicing, LLC's ("Pingora") Stipulation to Sever and Transfer Claims Against Pingora Loan Servicing, LLC.

**IT IS HEREBY ORDERED** that that Plaintiff's claims against Pingora are severed from Plaintiff's claims against the remaining Defendants and transferred to the U.S. District Court for the Southern District of Florida.

**IT IS SO ORDERED**.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 14, 2023