UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-20989-PAS

DHAVAL VAISHNAV,
        Plaintiff,

v.

PINGORA LOAN SERVICING, LLC,
        Defendant.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related Case Number 22-CV-20955-GAYLES, and subject to the consent of the Honorable Darrin P. Gayles, it is

**ORDERED** that the above numbered case is transferred to the calendar of United States District Judge Darrin P. Gayles for all further proceedings.

**DONE AND ORDERD** in Miami, Florida this 29th day of March, 2023.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED** that all pleadings filed after this date shall bear the following case number 23-CV-20989-GAYLES, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERD** in Miami, Florida this 29th day of March, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE